# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**         Telephone: (518) 449-2043        For payments Only:
       Trustee                    Facsimile: (518) 449-2473        P.O Box 1918
**Bonnie Baker, Esq.**                                             Memphis, TN  38101-1918
   Assoc. Attorney

August 11, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:     04-12900            Keith D. Provost

To Whom It May Concern:

　　Enclosed please find check #**922876** in the amount of **$1,246.02**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 14 |
| Account# | 217557 |
| Creditor | Guardian Bldg. Products<br>POB 2505   Station M<br>Calgary, AB T2P 2M7<br>Canada |

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

FILED AUG 12 2011 OFFICE OF THE BANKRUPTCY CLERK ALBANY, NY